**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AJAY MANGAL

    Plaintiffs,

v.                                    Case No.   6:21-cv-417-JA-LRH

SEGWAY INC., a foreign corporation,
And NINEBOT (BEIJING) TECH CO.,
LTD., a foreign limited company

    Defendants.

_____/

## PLAINTIFF'S MOTION TO DROP DEFENDANT, NINEBOT (BEIJING) TECH CO. LTD. AS A PARTY

Plaintiff, AJAY MANGAL, by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 21, hereby moves the Court to drop Defendant, NINEBOT (BEIJING) TECH CO. LTD. (hereinafter "NINEBOT") as a party to this action, without prejudice. This motion pertains solely to NINEBOT and specifically excludes SEGWAY, INC. who shall remain in this present action.

NINEBOT is not an indispensable party to this action.  This motion is not being filed for the purpose of delay and will not prejudice SEGWAY, INC. in any way.

WHEREFORE, Plaintiff, AJAY MANGAL, respectfully requests this Honorable Court enter an Order dropping NINEBOT (BEIJING) TECH CO. LTD., as a party, without prejudice, to this lawsuit.

### Local Rule 3.01(g) Certification

The undersigned hereby certifies that they have conferred with the opposing party, who agrees with the relief sought herein.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to all attorneys of record.

    /s/ Andrew F. Knopf
ANDREW F. KNOPF, ESQUIRE
Florida Bar No.: 658871
J. BLAISE FISCHBACH, ESQUIRE
Florida Bar No.: 118194
**PAUL KNOPF BIGGER**
840 South Denning Drive, Suite 200
Winter Park, FL 32789
Phone: (407) 622-2111
Facsimile: (407) 622-2112
Primary Email: PKBMailroom@projects.filevine.com
Primary Email: TeamAFK@pkblawfirm.com
Primary Email: TeamJBF@pkblawfirm.com

*Counsel for Plaintiff*